UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD O'CONNOR,

    Plaintiff,

v.                                          Case No.  8:10-cv-797-T-30AEP

SENTRY CREDIT INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #17). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 19, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-797.dismiss 17.wpd